# EXHIBIT 1.1
Notice of Removal

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHMOND VENTURES, INC. | § | |
|     *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO: _____ |
| | § | |
| THE CITY OF HOUSTON | § | |
|     *Defendant.* | § | |

## INDEX OF STATE COURT DOCUMENTS

A.     Court Docket Sheet

B.     Plaintiff's Original Petition

C.     Civil Case Information Sheet

D.     Civil Process Request Form

E.     Citation Served on the Defendant, The City of Houston

F.     Defendant, The City of Houston's Original Answer

G.     Order from the State Court (The Court has set a case Management Conference for 08:30 a.m. on Monday, November 2, 2015.

EXHIBIT 1.1

| (DMZWS6) | About Us | Contact Us | Privacy Statement | Logout | Welcome to the District Clerk |
|---|---|---|---|---|---|

e-**G**ov **S**ystem

| Home | Search Civil | Search Special | Search Criminal | Search All | Basket | Change Password | Criminal Background Checks |
|---|---|---|---|---|---|---|---|

## Search Civil

NOTE: Please be aware, previewing documents requires the Adobe Acrobat Viewer and a TIF viewer.

To select a document to preview, click on the Image Number. If you wish to purchase a document, click the 'Add To Basket' button. The document will be placed in the basket for purchase. If you wish to purchase all documents in the case, click the 'Add Entire Case' button. All documents will be placed in the basket for purchase. Any document placed in the basket may be reviewed again prior to purchase.

Document information displayed in **BROWN** indicates the document is confidential.
Document information displayed in **GRAY** indicates the document is expunged.

If the case/documents you are looking for is not available, please click here to notify customer service.

Case 201542637-7   Style: RICHMOND VENTURES INC VS. CITY OF HOUSTON   Court: 215
Type: OTHER CIVIL

| Image Number | Pages | Document Type | Activity Type | Activity Date | PJN | |
|---|---|---|---|---|---|---|
| 66336617 | 4 | CASE FILE | Plaintiff's Original Petition | 7/23/2015 | | Add To Basket |
| 66336618 | 1 | CASE FILE | Civil Case Information Sheet | 7/23/2015 | | Add To Basket |
| 66336619 | 1 | CASE FILE | Civil Process Request | 7/23/2015 | | Add To Basket |
| 66412617 | 1 | CASE FILE | Civil Process Pick-Up Form | 7/24/2015 | | Add To Basket |
| 66703458 | 1 | CASE FILE | Affidavit of Service | 8/20/2015 | | Add To Basket |
| 66995600 | 2 | CASE FILE | city of houston's original answer to plaintiff's original petition | 9/11/2015 | | Add To Basket |
| 67064054 | 2 | CASE FILE | DCA Generic Letter | 9/16/2015 | | Add To Basket |

# EXHIBIT A

Case 4:15-cv-02710   Document 1-3   Filed in TXSD on 09/17/15   Page 4 of 18

7/23/2015 12:16:20 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6193410
By: Charlie Tezeno
Filed: 7/23/2015 12:16:20 PM

CAUSE NO._____

| | | |
|---|---|---|
| RICHMOND VENTURES, INC. | § § § | IN THE CIVIL DISTRICT COURT |
| *Plaintiff,* | § § | |
| VS. | § § | OF HARRIS COUNTY, TEXAS |
| THE CITY OF HOUSTON | § § § | |
| *Defendant.* | | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Richmond Ventures, Inc., files this Original Petition against Defendant, the City of Houston.

**I.**

**Parties**

1. Richmond Ventures, Inc. (hereinafter, "Plaintiff") is a Texas Corporation with its principal place of business in Harris County, Texas. Richmond is the operator of "Legends", which is a BYOB gentlemen's club located at 6333 Richmond Avenue in Houston, Texas.

2. Defendant, the City of Houston (hereinafter, the "City"), is a Texas home rule municipal corporation and may be served with process by serving the City Secretary, Anna Russell, at 900 Bagby, City Hall Annex, Houston, Texas 77002.

**II.**

**Jurisdiction and Venue**

3. This court has jurisdiction over the issues in this suit because the Plaintiff seeks damages in excess of the minimum jurisdictional limits of the Court.

For Official Governmental Use Only - Do Not Disseminate to the Public: 66336617 - Page 1 of 4

EXHIBIT B

4.     Venue is appropriate in this Court, because the Defendant is located in Harris County, Texas and all events at issue in this lawsuit took place in Harris County, Texas.

### III.

### Background

5.     The City brought suit against certain adult entertainment clubs in Cause No. 2010-19512; *The City of Houston v. A.H.D. Houston, Inc.*; in the 295th Judicial District Court of Harris County, Texas for alleged violations of certain City ordinances.

6.     The City filed brought another suit against certain clubs in Cause No 2010-19522; *The City of Houston v. ICE Embassy, Inc.*; in the 152nd Judicial District Court of Harris County, Texas.

7.     The City was a defendant in Cause No. 2012-60353; *Hospitality Executives of Houston, Inc. v. The City of Houston*; in the 269th Judicial District Court of Harris County, Texas, where the plaintiffs sought a declaration that certain provisions of Houston's Code of Ordinances related to the regulation of the clubs were unconstitutional.

8.     On or about November 27, 2013, sixteen clubs and the City entered into a Settlement Agreement ("Settlement") related to the ongoing legal disputes described above. The Settlement went into effect January 1, 2014.

9.     The intended or consequential effect of the Settlement was that the clubs that are part of the Agreement are treated differently by the City than are the clubs who are not part of the Agreement.  The disparate treatment is not based upon the actions of a particular club, but rather is solely related to whether the club is part of the Settlement.

10.    Clubs in Houston, which are in the same business as the settling clubs, but are not part of the Settlement, including Legends, have been placed at a competitive disadvantage because

For Official Governmental Use Only - Do Not Disseminate to the Public: 66336617 - Page 2 of 4

they are treated differently than the clubs that are part of the Settlement. Additionally, even if a club asks to become part of the Settlement and makes whatever changes requested by the City to the lay-out of their club, there is no guarantee that they will be allowed to join the settlement.

11.     Legends is subject to the anticompetitive and harassing polices of the City. For several years, Plaintiff has attempted to work with the City to ensure that Legends, and all similar businesses, operate properly and within the law. Plaintiff has solicited meetings with the City and has endeavored to make whatever changes the City recommends to its business location and its operations. Plaintiff, however, continues to be harassed and targeted, while the clubs in the settlement are left largely alone.

12.     Since the Settlement went into effect, Legends has suffered a significant drop in revenue as increased police harassment of its operations, and a corresponding decrease in the harassment of its competitors (namely, the clubs that are part of the settlement), have driven customers from Legends to other clubs.

## IV.

## Causes of Action

**A.  Violation of the Sherman Act, 15 U.S.C. § 1**

13.     The Sherman Act states that "every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States or with foreign nations, is hereby declared to be illegal." 15 .U.S.C. § 1.

14.     The effect and intent of the Agreement is to allow some clubs to gain a competitive advantage over others.

15.     The City's enforcement of the Agreement, and the City's exclusion of Legends and other similarly-situated clubs from the Agreement is an unlawful, contractual restraint of trade.

For Official Governmental Use Only - Do Not Disseminate to the Public: 66336617 - Page 3 of 4

16. By engaging in the unlawful activities described herein, and as a direct and proximate result of the City's actions, Legend's business has been irreparably harmed and damaged, and the harm is continuing in nature.

17. Legends is entitled to recovery of reasonable attorney's fees.

18. Legends seeks a declaration from this Court that the Agreement is anticompetitive in nature and an illegal restraint of trade under 15 U.S.C. § 1.

**B.  Violations of the Equal Protection and Due Process clauses of the US Constitution.**

19. The actions of the City as set forth herein is a violation of the Fifth and Fourteenth Amendments to the US Constitution.  There is no compelling governmental interest in selectively enforcement ordinances that favor one adult entertainment establishment over another.

## V.

## PRAYER

WHEREFORE, Plaintiff prays that the Defendant be cited to appear and after am adjudication on the merits that the Plaintiff receive all such relief, both legal and equitable to which it is justly entitled.

Respectfully submitted,

LAW OFFICES OF KEVIN MICHAEL
MADDEN, P.L.L.C.

By: /s/ *Kevin M. Madden*
       Kevin Michael Madden
       State Bar No. 24041376
       5225 Katy Freeway Suite 520
       Houston, Texas 77007
       (281) 888-9681(telephone)
       (832) 538-0937 (facsimile)
       E-mail: kmm@kmaddenlaw.com

ATTORNEY FOR PLAINTIFF

For Official Governmental Use Only - Do Not Disseminate to the Public: 66336617 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 20, 2015

Certified Document Number:        66336617 Total Pages:  4

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:15-cv-02710 Document 1-3 Filed in TXSD on 09/17/15 Page 9 of 18

7/23/2015 12:16:20 PM
Chris Daniel - District Clerk Harris County
Envelope No: 6193410
By: TEZENO, CHARLIE
Filed: 7/23/2015 12:16:20 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (FOR CLERK USE ONLY): _____    COURT (FOR CLERK USE ONLY): _____

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: Kevin M. Madden | Email: kmm@kmaddenlaw.com | Plaintiff(s)/Petitioner(s): Richmond Ventures Inc. | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address: 5225 Katy Fwy Ste 520 | Telephone: 281-888-9681 | | Additional Parties in Child Support Case: |
| City/State/Zip: Houston/TX/77007 | Fax: 832-538-0937 | Defendant(s)/Respondent(s): The City of Houston | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature: /s/ Madd | State Bar No: 24041376 | [Attach additional page as necessary to list all parties] | Presumed Father: |

2. Indicate case type, or identify the most important issue in the case (select only 1):

**Civil**

| Contract | Injury or Damage | Real Property | Related to Criminal Matters | Other Family Law | Parent-Child Relationship |
|---|---|---|---|---|---|
| **Debt/Contract**<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>**Foreclosure**<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>**Malpractice**<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>**Product Liability**<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |

**Family Law**

| Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|
| ☐ Annulment<br>☐ Declare Marriage Void<br>**Divorce**<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |

| Employment | Other Civil | | |
|---|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☒ Other: Constitutional Violations | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | **Probate/Wills/Intestate Administration**<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

4. Indicate damages sought (do not select if it is a family law case):
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

For Official Governmental Use Only - Do Not Disseminate to the Public: 66336618 - Page 1 of 1

**EXHIBIT C**



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 20, 2015

Certified Document Number:        66336618 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7/23/2015 12:16:20 PM
Chris Daniel - District Clerk Harris County
Envelope No: 6193410
By: TEZENO, CHARLIE
Filed: 7/23/2015 12:16:20 PM

Case 4:15-cv-02710   Document 1-3   Filed in TXSD on 09/17/15   Page 11 of 18

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____   CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): *Plaintiff's Original Petition*

FILE DATE OF MOTION: _____ 7/23/2015 _____
                               Month/   Day/   Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: *City of Houston*
   ADDRESS: *900 Bagby, City Hall Annex, Houston, TX 77002*
   AGENT, (if applicable): *Anna Russell*

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): *Citation*

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP
- ☒ CIVIL PROCESS SERVER - Authorized Person to Pick-up: *Professional Civil Process* Phone: *1 800 950 7443*
- ☐ MAIL
- ☐ CONSTABLE
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

*********************************************************************************
****

2. NAME: _____
   ADDRESS: _____
   AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL
- ☐ CONSTABLE
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: *Kevin M. Madden*   TEXAS BAR NO./ID NO. *24041376*
MAILING ADDRESS: *5225 Katy Fwy Suite 520 Houston, TX 77007*
PHONE NUMBER: *281* *888-9681*   FAX NUMBER: *832* *538-0937*
                area code   phone number                       area code   fax number
EMAIL ADDRESS: *kmm@kmaddenlaw.com*

EXHIBIT D

For Official Governmental Use Only - Do Not Disseminate to the Public: 66336619 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 20, 2015

Certified Document Number:        66336619 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

DELIVERED THIS ___ DAY OF ___
BY _____
PROFESSIONAL CIVIL PROCESS

DELIVERED THIS ___ DAY OF ___
BY _____
PROFESSIONAL CIVIL PROCESS

CAUSE NO. 201542637

RECEIPT NO.  0.00  CIV
\*\*\*\*\*\*\*\*\*\*   TR # 73152524

PLAINTIFF: RICHMOND VENTURES INC
vs.
DEFENDANT: CITY OF HOUSTON

In The 215th
Judicial District Court
of Harris County, Texas
215TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: CITY OF HOUSTON BY SERVING AGENT ANNA RUSSELL
CITY HALL ANNEX
900 BAGBY  HOUSTON TX 77002

AUG 18 2015

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 23rd day of July, 2015, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 24th day of July, 2015, under my hand and seal of said Court.

Issued at request of:
MADDEN, KEVIN MICHAEL
5225 KATY FREEWAY, SUITE 520
HOUSTON, TX 77007
Tel: (281) 888-9681
Bar No.: 24041376

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline  Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
GENERATED BY: DENMON, BRIANNA JANE  3B5//10151950

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____ .M., on the ___ day of _____,

_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

_____ of _____ County, Texas

_____                By _____
        Affiant                                          Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared . After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
        Notary Public

N.INT.CITR.P

EXHIBIT E

9/11/2015 12:49:49 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6886385
By: JEANETTA SPENCER
Filed: 9/11/2015 12:49:49 PM

## CAUSE NO. 2015-42637

| | | |
|---|---|---|
| **RICHMOND VENTURES, INC.** § | | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* § | | |
| § | | |
| **V.** § | | **HARRIS COUNTY, TEXAS** |
| § | | |
| **THE CITY OF HOUSTON** § | | |
| *Defendant.* § | | **215th JUDICIAL DISTRICT** |

### CITY OF HOUSTON'S ORIGINAL ANSWER TO
### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant City of Houston (Houston), and files its Original Answer to Plaintiff's Richmond Ventures, Inc. (Plaintiff) Original Petition and shows the Court the following:

### GENERIAL DENIAL

1.  Pursuant to Rule 92 of the *Texas Rules of Civil Procedure*, Houston asserts a general denial of each and every allegation made by Plaintiff and respectfully requests that Plaintiff be required to prove the charges and allegations, if any, against it by a preponderance of the evidence as required under Texas law.

### PRAYER

For all of these reasons, Defendant City of Houston, Texas, asks that Plaintiff's suit be dismissed on the merits and that Plaintiff takes nothing. Houston further prays for its cost and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**DONNA L. EDMUNDSON**
**City Attorney**

**EXHIBIT F**

                    JUDITH L. RAMSEY
                    Chief, General Litigation Section

By:    */s/ James M. Corbett*
        James M. Corbett
        Sr. Assistant City Attorney
        State Bar No.: 00783875
        Patricia L. Casey
        Sr. Assistant City Attorney
        State Bar No.: 03959075
        CITY OF HOUSTON LEGAL DEPARTMENT
        900 Bagby, 4th Floor
        Houston, Texas 77002
        832.393.6462 – Telephone
        832.393.6259 – Facsimile
        jim.corbett@houstontx.gov
        pat.casey@houstontx.gov

        *Attorneys for Defendant, City of Houston*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, in accordance with Rule 21a of the *Texas Rules of Civil Procedure*, the foregoing document was forwarded to all attorneys of record.

***Via electronic service, facsimile and/or certified mail, rrr***

Mr. Kevin Michael Madden
State Bar No.: 24041376
LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.
5225 Katy Freeway, Suite 520
Houston, Texas 77007
281.888.9681 – Telephone
832.538.0937 – Facsimile
kmm@kmaddenlaw.com

*Attorney for Plaintiff,*
*Richmond Ventures, Inc.*

                    */s/ James M. Corbett*
                    James M. Corbett

# Elaine H. Palmer
215TH DISTRICT COURT OF TEXAS
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(713) 368-6330

09/16/2015

TO ALL COUNSEL OF RECORD:

THE COURT HAS SET A CASE MANAGEMENT CONFERENCE FOR 8:30 A.M. ON
MON 11/02/2015 regarding YOUR CAPTIONED CASE. PLEASE BE
PREPARED TO PREPARE AND SUBMIT AN AGREED DOCKET CONTROL ORDER LISTING
YOUR AGREED TRIAL DATE & OTHER DATES RELATING TO YOUR CASE PER
JUDGE PALMER's REQUIREMENT.

**AN AGREED SCHEDULING ORDER MAY BE FILED IN LIEU OF APPEARING AT
THE CASE MANAGEMENT CONFERENCE.IF AGREED DOCKET CONTROL ORDER
IS E-FILED, ATTORNEYS DO NOT NEED TO APPEAR OR CALL to CONFIRM.COUNSEL
MAY EMAIL COORDINATOR TO INFORM THAT THE AGREED DCO HAS BEEN E-FILED.
IF YOU DO NOT APPEAR AND A SCHEDULING ORDER IS NOT E-FILED THE COURT
WILL SIGN AN ORDER OF DISMISSAL FOR YOUR MATTER.

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT TRICIA ELLIS-GRIGGS at
713-368-6340.

ELAINE H PALMER
Judge, 215TH DISTRICT COURT

CASE - 201542637      FILED - 20150723      COURT - 215th
TYPE - OTHER CIVIL
RICHMOND VENTURES IN VS CITY OF HOUSTON

**EXHIBIT G**

24041376

Kevin Michael Madden
5225 Katy Fwy Ste 520
Houston TX 77007-2292

2

For Official Governmental Use Only - Do Not Disseminate to the Public: 67064054 - Page 1 of 2

JCVG01
Rev.12042014

**Elaine H. Palmer**
215TH DISTRICT COURT OF TEXAS
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(713) 368-6330

09/16/2015

TO ALL COUNSEL OF RECORD:

THE COURT HAS SET A CASE MANAGEMENT CONFERENCE FOR 8:30 A.M. ON
MON 11/02/2015 regarding YOUR CAPTIONED CASE. PLEASE BE
PREPARED TO PREPARE AND SUBMIT AN AGREED DOCKET CONTROL ORDER LISTING
YOUR AGREED TRIAL DATE & OTHER DATES RELATING TO YOUR CASE PER
JUDGE PALMER's REQUIREMENT.

**AN AGREED SCHEDULING ORDER MAY BE FILED IN LIEU OF APPEARING AT
THE CASE MANAGEMENT CONFERENCE.IF AGREED DOCKET CONTROL ORDER
IS E-FILED, ATTORNEYS DO NOT NEED TO APPEAR OR CALL to CONFIRM.COUNSEL
MAY EMAIL COORDINATOR TO INFORM THAT THE AGREED DCO HAS BEEN E-FILED.
IF YOU DO NOT APPEAR AND A SCHEDULING ORDER IS NOT E-FILED THE COURT
WILL SIGN AN ORDER OF DISMISSAL FOR YOUR MATTER.

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT TRICIA ELLIS-GRIGGS at
713-368-6340.

ELAINE H PALMER
Judge, 215TH DISTRICT COURT

CASE - 201542637      FILED - 20150723      COURT - 215th
TYPE - OTHER CIVIL
RICHMOND VENTURES IN VS CITY OF HOUSTON

783875

James Martin Corbett
900 Bagby St Fl 4
Houston TX 77002-2527

1

For Official Governmental Use Only - Do Not Disseminate to the Public: 67064054 - Page 2 of 2

JCVG01
Rev.12042014



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 17, 2015


Certified Document Number:       67064054 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**