| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Richmond Ventures, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-15-2710 |
| | § | |
| City of Houston, | § | |
| | § | |
| Defendant. | § | |

# Final Dismissal

The claims of Richmond Ventures, Inc., against City of Houston are dismissed with prejudice.

Signed on January 17, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge